**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| versus | : | CRIMINAL NO. 24-86-SDD-EWD |
| JAMES S. BURLAND | : | **UNDER SEAL** |

## MOTION TO UNSEAL

**NOW INTO COURT** comes the United States of America by Ronald C. Gathe, Jr., United States Attorney for the Middle District of Louisiana, through Paul L. Pugliese, Assistant United States Attorney, who represents the following:

1.

Due to administrative oversight, on October 30, 2024, the United States filed, under seal, a Bill of Information charging defendant with possession of child pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B), and an accompanying Waiver of Indictment.

2.

At the time of filing, there was no need for this matter to be placed under seal. In addition, the United States is not seeking an arrest warrant and will be filing a request to the Court for a summons to be issued to defendant for his Fed. R. Crim. P. Rule 5 appearance.

3.

Accordingly, the United States respectfully requests that this matter be unsealed. A proposed Order is attached for the Court's consideration.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY


Paul L. Pugliese, FLBN 717370
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: paul.pugliese@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 24-86-SDD-EWD |
| | : | |
| JAMES S. BURLAND | : | **UNDER SEAL** |

**ORDER**

Considering the *Motion to Unseal* filed by the United States,

**IT IS HEREBY ORDERED** that this matter shall be unsealed, effective at the date and time on which this Order is entered by the Clerk's Office.

Read and signed this _____ day of _____ 2024, Baton Rouge, Louisiana.

_____
ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA