## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 24-86-SDD-EWD |
| | : | |
| JAMES S. BURLAND | : | **UNDER SEAL** |

## ORDER

Considering the *Motion to Unseal* filed by the United States,

**IT IS HEREBY ORDERED** that this matter shall be unsealed, effective at the date and time on which this Order is entered by the Clerk's Office.

Signed in Baton Rouge, Louisiana, on October 31, 2024.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**