**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 24-86-JWD-EWD |
| | : | |
| JAMES S. BURLAND | : | |

<u>**PRELIMINARY ORDER OF FORFEITURE**</u>

**WHEREAS**, on October 30, 2024, a Bill of Information (R.<u>Doc. 1</u>) was filed against the defendant, James S. Burland, in the Middle District of Louisiana, seeking forfeiture, pursuant to <u>18 U.S.C. § 2253</u>; and

**WHEREAS,** on December 4, 2024, at the defendant's arraignment (R.<u>Doc. 19</u>), he pled guilty to the Bill of Information, charging one count of possession of child pornography, in violation of <u>18 U.S.C. § 2252A(a)(5)(B)</u>, and the factual basis was read into the record; and

**WHEREAS,** the defendant also signed a plea agreement (R.<u>Doc. 20</u>), in which he agreed to forfeit his interest in any property used to commit or to facilitate the offense; and

**WHEREAS,** after a search was executed at the defendant's residence and office, numerous devices/items were seized by law enforcement and CBP/DHS initiated administrative forfeiture proceeding against many of these seized devices/items, to which the defendant filed claims on June 20, 2024; and

**WHEREAS,** CPB/DHS advised that the following five devices contained child pornography and, therefore, the United States seeks to forfeit not only the defendant's interest in these items but also seeks to forfeit these devices to the United States:

    1 MacBook
    1 MacBook
    1 My Passport Ultra
    1 USB Thumb Drive Lexar
    1 Apple Computer; and

**WHEREAS,** the defendant was found guilty of possession of child pornography.

**IT IS HEREBY ORDERED** that any interest or claim the defendant may have in the following devices/items is forfeited:

1 MacBook
1 MacBook
1 My Passport Ultra
1 USB Thumb Drive Lexar
1 Apple Computer.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 32.2, the Preliminary Order of Forfeiture shall become the Final Order of Forfeiture at the time of the defendant's sentencing and shall be made a part of the sentence and included in the Judgment.

**IT IS FURTHER ORDERED** that, because no one else had an interest in these devices and because the following five devices contained images of child pornography, these five devices are forfeited to the United States:

1 MacBook
1 MacBook
1 My Passport Ultra
1 USB Thumb Drive Lexar
1 Apple Computer.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SIGNED this 12th day of December 2024.

_____
JOHN W. deGRAVELLES, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA